IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

TODD BALES *et al.*                                                                                      PLAINTIFFS

V.                                          1:13CV00075 DPM/HDY

ZACK WILLIAMS *et al.*                                                                                   DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge (if such a hearing is granted) was not offered at the
        hearing before the Magistrate Judge.

      3.      The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiffs Todd Bales, Clyde Stephens, and George R. Brewer, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry #2), on August 23, 2013. The $400.00 filing and administrative fees were not paid, and only Bales filed an application for leave to proceed *in forma pauperis*. On August 27, 2013, the Court entered an order denying Bales's motion, and directing all Plaintiffs to pay the filing and docketing fees, or to file an application for leave to proceed *in forma pauperis*, and further directing them to each file an amended complaint (docket entry #3). Plaintiffs were warned that their failure to comply within 30 days would result in the recommended dismissal of their complaint.

Bales later filed a motion for leave to proceed *in forma pauperis*, which was granted (docket entry #8). That order also reminded Bales of his obligation to file an amended complaint. However, although more than 30 days have passed since the Court's August 27, 2013, order, Bales has not filed an amended complaint as ordered. Additionally, neither Stephens nor Brewer responded in any way to the Court's order, and mail sent to their address of record has been returned as undeliverable

(docket entries #4-#6 & #9-#12). Under these circumstances, the Court concludes that Plaintiffs' complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  15  day of October, 2013.

UNITED STATES MAGISTRATE JUDGE