IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TODD BALES; CLYDE STEPHENS;
and GEORGE R. BREWER                                            PLAINTIFFS

v.                          No. 1:13-cv-75-DPM-HDY

ZACK WILLIAMS, Guard,
Independence County Jail; DOES,
Jail Administrator and Nurse; and
FERGUSON, Administrator,
Independence County Jail                                        DEFENDANTS

## ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, № 13. Plaintiffs have not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it in full. Plaintiffs' complaint is dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2). An *in forma pauperis* appeal of this Order and the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2013