# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

TODD BALES; CLYDE STEPHENS;
and GEORGE R. BREWER                                    **PLAINTIFFS**

v.                              **No. 1:13-cv-75-DPM-HDY**

ZACK WILLIAMS, Guard,
Independence County Jail; DOES,
Jail Administrator and Nurse; and
FERGUSON, Administrator,
Independence County Jail                               **DEFENDANTS**

## ORDER

The Court has considered Magistrate Judge H. David Young's Proposed

Findings and Recommendations, № 13.  Plaintiffs have not objected.  After

reviewing the proposal for clear factual error and for legal error, FED. R. CIV.

P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it in

full.  Plaintiffs' complaint is dismissed without prejudice for failure to

prosecute.  Local Rule 5.5(c)(2).  An *in forma pauperis* appeal of this Order and

the related Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2013